# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150163

RAFAEL TORRES,
            Plaintiff-Appellant,

v

SC:  150163
COA:  314453
Kent CC:  10-005563-DM

TERRI LYNN TORRES,
            Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the August 19, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015



s0513

Clerk